**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                    NO. 4:06CR00285-001 SWW

ALSHON SCOTT

**ORDER**

It has come to the Court's attention that the Judgment & Commitment entered on December 13, 2007, in the above matter contains a clerical error on Page 2 which indicates that defendant is to surrender at NOON on "MONDAY, 2/4/2007." The correct reporting date is "MONDAY, 2/4/2008" for defendant to surrender or self-report to the Bureau of Prisons for service of the sentence imposed.

IT IS THEREFORE ORDERED that Page 2 of the Judgment & Commitment entered on December 13, 2007, in the above matter hereby is amended to indicate the date defendant is to report for service of the sentence imposed is "MONDAY, 2/4/2008."

IT IS SO ORDERED this 17th day of December, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE