**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                        NO.  4:06CR00285-001 SWW

ALSHON SCOTT

**ORDER**

The above defendant was directed to report on February 4, 2008, for commencement of a term of imprisonment previously imposed and now has filed a motion to extend his report date an additional thirty days.  The government has responded that it has no objection to defendant's request.  For good cause shown, the Court finds that the motion should be, and it hereby is, granted.

IT IS THEREFORE ORDERED that defendant's report date hereby is extended.  The date defendant is to report for commencement of the sentence previously imposed is extended until *12:00 noon on Monday, March 10, 2008,* at which time defendant shall report as previously directed.

Dated this 17th day of January, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE